*F6830*
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARROWOOD INDEMNITY COMPANY,              Index No.: 08-CV-6227(LAK)(JCF)
a Delaware Corporation, as successor in interest
to Security Insurance Company of Hartford,
a foreign corporation,

                Plaintiff,                **NOTICE OF MOTION**

  -against-

GIBSON & BEHMAN, P.C.,
a Massachusetts professional Corporation

                Defendant.
-----------------------------------------------------------------X

    Please take notice, that the Defendant, GIBSON & BEHMAN, P.C., by their attorneys, ABRAMS, GORELICK, FRIEDMAN & JACOBSON, P.C., upon the Memorandum of Law, the Affirmation of Barry Jacobs, and all exhibits thereto, will bring a motion seeking an Order pursuant to Fed.R.Civ. P. 12(b)(6) dismissing plaintiff's Complaint on all causes of action for failure to state a claim, and for such other and further relief as the Court deems justified under the circumstances.

    In accordance with Honorable Lewis A. Kaplan's Rules, this motion is filed without a return date.

Dated: New York, New York
       August 12, 2008

                                      ABRAMS, GORELICK, FRIEDMAN &
                                      JACOBSON, P.C.
                                      Attorneys for Defendant,
                                      GIBSON & BEHMAN, P.C.
                                      By: _____
                                          Barry Jacobs (BJ – 0216)

                                                                         One Battery Park Plaza – Fourth Floor
                                                                          New York, New York  10004
                                                                          (212) 422-1200

TO:    Steven Martin, Esq. (SM-5200)
         LEAHEY & JOHNSON, P.C.
         Attorneys for Plaintiff
         ARROWOOD INDEMNITY COMPANY,
         a Delaware Corporation, as successor in interest
         to Security Insurance Company of Hartford,
         a foreign Corporation
         120 Wall Street
         Suite 2200
         New York, New York 10005
         (212) 269-7308
         smartin@leaheyandjohnson.com