UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARROWOOD INDEMNITY COMPANY,
a Delaware corporation, as successor in interest to          Index No.: 08-CV-6227 (LAK) (JCF)
Security Insurance Company of Hartford,
a foreign corporation,

      *Plaintiff,*

      - against -

GIBSON & BEHMAN, P.C., a Massachusetts
professional corporation,

      *Defendants.*
-----------------------------------------------------------------X

## NOTICE OF MOTION

Please take notice, that the Plaintiff, ARROWOOD INDEMNITY COMPANY, by their attorneys, LEAHEY & JOHNSON, P.C., upon the affirmation of Brian Casey, and all exhibits thereto, will bring a motion at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, seeking an Order allowing the admission *pro hac vice* of:

    Gary A. Grasso, Esq. (IL. ARDC # 3121760)
    Adam R. Bowers, Esq. (IL. ARDC # 6277163)
    GRASSO BASS & WILLIAMS, P.C.
    760 Village Center Drive, Suite 200
    Burr Ridge, IL 60527
    (630) 654-4500
    (630) 455-4646 Facsimile

In accordance with Honorable Lewis A. Kaplan's Rules, this motion is filed without a return date.

Dated: New York, New York
      August 13, 2008

1

2

Yours, etc.,

LEAHEY & JOHNSON, P.C.
Attorneys for Plaintiff
ARROWOOD
INDEMNITY COMPANY
120 Wall Street, Suite 2220
New York, New York 10005
(212) 269-7308

BY: _____
Brian Casey, Esq. (7548)
bcasey@leaheyandjohnson.com

TO:

ABRAMS, GORELICK, FRIEDMAN & JACOBSON, P.C.
Attorneys for Defendant
GIBSON & BEHMAN, P.C.
One Battery Park Plaza – Fourth Floor
New York, New York 10004
(212) 422-1200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARROWOOD INDEMNITY COMPANY,
a Delaware corporation, as successor in interest to
Security Insurance Company of Hartford,
a foreign corporation,

        *Plaintiff,*

        - against -

GIBSON & BEHMAN, P.C., a Massachusetts
professional corporation,

        *Defendants.*
-----------------------------------------------------------------X

Index No.: 08-CV-6227 (LAK) (JCF)

## MOTION TO ADMIT COUNSEL
## PRO HAC VICE

1.     PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Brian Casey, Esq., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

        Gary A. Grasso, Esq. (IL. ARDC # 3121760)
        Adam R. Bowers, Esq. (IL. ARDC # 6277163)
        GRASSO BASS & WILLIAMS, P.C.
        760 Village Center Drive, Suite 200
        Burr Ridge, IL 60527
        (630) 654-4500
        (630) 455-4646 Facsimile

2.     Applicants Gary A. Grasso and Adam R. Bowers are members in good standing of the Bar of the States of Illinois and the Bar of the United States Court for the Northern District of Illinois. A copy of their Certificates of Good Standing issued by the Clerk of the United States

1

Court for the Northern District of Illinois within the past 30 days are attached hereto and made a part hereof as Exhibits "A" and "B", respectively. There are no pending disciplinary proceedings against Gary A. Grasso and Adam R. Bowers in any State or Federal court. A copy of my affidavit attesting that Applicants Gary A. Grasso and Adam R. Bowers are suitable candidates for admission *pro hac vice* is attached hereto and made a part hereof as Exhibit "C".

Dated: New York, New York
       August 13, 2008

                            Yours, etc.,

                            LEAHEY & JOHNSON, P.C.
                            Attorneys for Plaintiff
                            ARROWOOD
                            INDEMNITY COMPANY
                            120 Wall Street, Suite 2220
                            New York, New York 10005
                            (212) 269-7308

                    BY: _____
                            Brian Casey, Esq. (7548)
                            bcasey@leaheyandjohnson.com

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Gary A. Grasso

Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Gary A. Grasso was duly admitted to practice in said Court on (12/14/1978) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois on (08/07/2008 )

Michael W. Dobbins, Clerk,

By: Liri Isufi
Deputy Clerk

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Adam Raymond Bowers

Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Adam Raymond Bowers was duly admitted to practice in said Court on (12/19/2002) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (08/07/2008 )

Michael W. Dobbins, Clerk,

By: Liri Isufi
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ARROWOOD INDEMNITY COMPANY,
a Delaware corporation, as successor in interest to
Security Insurance Company of Hartford,
a foreign corporation,

               Index No.: 08-CV-6227 (LAK) (JCF)

       *Plaintiff*,

        - against -

GIBSON & BEHMAN, P.C., a Massachusetts
professional corporation,

       *Defendants*.
-------------------------------------------------------------------X

State of New York      )
                              ) ss:
County of New York   )

## AFFIDAVIT OF BRIAN CASEY
## IN SUPPORT OF MOTION TO ADMIT COUNSEL
## PRO HAC VICE

Brian Casey, Esq., being duly sworn, hereby deposes and says as follows:

1.     I am a senior associate of the law firm, Leahey & Johnson, P.C., local counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Gary A. Grasso and Adam R. Bowers as counsel *pro hac vice* to represent Plaintiff in this matter.

2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law on July 26, 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known Gary A. Grasso and Adam R. Bowers since 2008.

1

4.  Mr. Grasso is a founding partner of Grasso, Bass & Williams, P.C., in Burr Ridge, Illinois. Mr. Bowers is an associate of the same firm.

5.  I have found Mr. Grasso and Mr. Bowers to be skilled attorneys and persons of integrity. They are experienced in federal practice and are familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Gary A. Grasso and Adam R. Bowers, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Gary A. Grasso and Adam R. Bowers, *pro hac vice*, which is attached hereto and made a part hereof as Exhibit "D".

WHEREFORE it is respectfully requested that the motion to admit Gary A. Grasso and Adam R. Bowers, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: New York, New York
       August 13, 2008

Yours, etc.,

_____
Brian Casey, Esq. (7548)

Sworn to before me this 13th day
of August, 2008

_____
NOTARY PUBLIC

MICHAEL G. DEMPSEY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 5006171
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES DEC. 28, 2010

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARROWOOD INDEMNITY COMPANY,
a Delaware corporation, as successor in interest to
Security Insurance Company of Hartford,
a foreign corporation,

    Index No.: 08-CV-6227 (LAK) (JCF)

   *Plaintiff*,

   - against -

GIBSON & BEHMAN, P.C., a Massachusetts
professional corporation,

   *Defendants*.
-----------------------------------------------------------------X

## ORDER FOR ADMISSION PRO HAC VICE
## ON WRITTEN MOTION

  Upon the motion of Brian Casey, Esq., attorney for Plaintiff, and said sponsor attorney's affidavit in support, IT IS HEREBY ORDERED that:

  Gary A. Grasso, Esq. (IL. ARDC # 3121760)
  Adam R. Bowers, Esq. (IL. ARDC # 6277163)
  GRASSO BASS & WILLIAMS, P.C.
  760 Village Center Drive, Suite 200
  Burr Ridge, IL 60527
  (630) 654-4500
  (630) 455-4646 Facsimile

  are admitted to practice *pro hac vice* as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

  Dated:
  New York, New York

               _____
               United States District/Magistrate Judge