**Leahey & Johnson, P.C.**
Attorneys at Law

(212) 269-7308
FACSIMILE (212) 422-4751

120 Wall Street, New York, N.Y. 10005

Via E-Mail Orders_and_Judgments@nysd.uscourts.gov

August 22, 2008

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re: Arrowood Indemnity Company v. Gibson & Behman, P.C.
Case No. 08-CV-6227

## BRIEFING SCHEDULE

Dear Judge Kaplan,

We represent the Plaintiff in the above referenced matter. I spoke with Defendant's counsel Barry Jacobs, Esq. regarding the briefing schedule for the Defendant's currently pending motion to dismiss. We both agreed upon the below briefing schedule taking into consideration that Mr. Jacobs will be out of the country from September 9, 2008, through September 19, 2008, the holidays in late September and early October, as well as the currently pending motion to admit Gary Grasso and Adam Bowers *pro hac vice*.

Opposition papers are due by October 3, 2008, and
Reply papers are due by October 17, 2008.

Thank you for the consideration of the above.

Very truly yours,

LEAHEY & JOHNSON, P.C.

BRIAN CASEY

cc

Via Facsimile (212) 968-7573
Barry Jacobs, Esq.
Abrams, Gorelick, Friedman & Jacobson, P.C.
One Battery Park Plaza, 4th Floor
New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08

Application Granted AUG 2 8 2008

Paul A. Crotty
U.S.D.J
Part I